B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
### District of Delaware

## INVOLUNTARY PETITION

| | |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Hotel Equity Fund V, LLC | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br><br>Four Seasons Resort, Nevis |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>Registered Office c/o Corporation Service Company<br>1013 Centre Road, Wilmington, DE 19805<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>N/A (Nevis)<br><br>ZIP CODE<br>N/A | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Four Seasons Resort Nevis, P.O. Box 565, Pinney's Beach, Charlestown, Nevis, West Indies

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐ Individual (Includes Joint Debtor)
☐ Corporation (Includes LLC and LLP)
☐ Partnership
☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

LLC

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other
    Hotel, dining & sports venue

### VENUE

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
    or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

| | |
|---|---|
| FORM 5 Involuntary Petition (6/92) | Name of Debtor  HOTEL EQUITY FUND V, LLC<br>Case No. _____ (court use only) |

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _[signature]_, Authorized Representative<br>Signature of Petitioner or Representative (State title)<br>Capstead Mortgage Corp.     2/18/10<br>Name of Petitioner     Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Anthony R. Page<br>Capstead Mortgage Corp.<br>8401 N. Central Expy, Ste 800<br>Dallas, TX 75225 | X _____<br>Signature of Attorney    Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| X _[signature]_ Hans Berglund  (Owner of Berglund Architects)<br>Signature of Petitioner or Representative (State title)<br>Berglund Architects, LLC     2-22-10<br>Name of Petitioner     Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Hans N. Berglund (Owner)<br>Berglund Architects, LLC<br>P.O. Box 2378<br>Edwards, CO 81632 | X _____<br>Signature of Attorney    Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner     Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity | X _____<br>Signature of Attorney    Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Capstead Mortgage Corp.<br>8401 N. Central Expy., Ste. 800<br>Dallas, TX 75204 | Unsecured loan | $275,000.00 |
| Berglund Architects, LLC<br>Attention: Hans N. Berglund (Owner)<br>P.O. Box 2378 Edwards, CO 81632  tel: 970 926 4301 | Trade Payable<br>(for unpaid architectural services plus 1.5% interest per month on past due amounts per contract. Began calculating interest as of 12-7-08) | Architectural Fees = $13,893.71<br>Plus Interest         = $3,476.65<br>Total Claim Amount= $17,369.82 |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

B 5 (Official Form 5) (12/07)– Page 2                Name of Debtor  Hotel Equity Fund V, LLC

Case No._____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ Harrigan, Director<br>Signature of Petitioner or Representative (State title)<br>Island Water World Inc. N.V.  | x_____ Date<br>Signature of Attorney |
| Name of Petitioner    Date Signed _Stan Kennelly_<br>Name & Mailing Address of Individual Signing in Representative Capacity  Cole Bay, St. Maarten, Netherlands Antilles | Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title) | x_____ Date<br>Signature of Attorney |
| Name of Petitioner    Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title) | x_____ Date<br>Signature of Attorney |
| Name of Petitioner    Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | Name of Attorney Firm (If any)<br>Address<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Island Water World, Cole Bay, St. Maarten, Neth. Antilles | Trade debt | US$9,979.46 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached